**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AILEEN ORMSBY,

Plaintiff

v.

NEXUS RVS LLC,

Defendant

Case No.: 2:25-cv-00795-APG-MDC

**Order Dismissing Case**

The plaintiff has not taken action to prosecute her claims against the defendant since July 2025. The clerk of court therefore issued a notice on June 18, 2026, advising the plaintiff that if she took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 11. The plaintiff has taken no action.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 25th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE